**Order filed November 17, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00756-CV
_____

### NASSER CHEHAB, Appellant

### V.

### WILLIAM PAT HUTTENBACH HIRSCH AND WESTHEIMER, P.C., Appellees

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-46707**

## ORDER

This is an attempted appeal from an order on appellant's motion to show authority signed by the trial court on October 7, 2020, and an order on appellees' motion to dismiss pursuant to Rule 91a or, alternatively, motion for summary judgment, signed by the trial court on October 15, 2020. *See* Tex. R. Civ. P. 91a. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Nasser

Chehab has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

This court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, files a copy of the order from the local administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code § 11.103(a).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Poissant.